UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 06-20927-CIV-Garber

UNITED STATES OF AMERICA,

    Plaintiff,

v.

ALAN E. GREENFIELD, PERSONAL
REPRESENTATIVE OF THE ESTATE
OF RALPH ROSENBERG, et al.,

    Defendants.

_____/

## ORDER

THIS CAUSE is before the Court on Defendant Federated Medical Services, Inc.'s Motion to Dismiss [DE 29] and the Government's opposition [DE 30]. The Court has fully considered these submissions and reviewed the record in this cause. It appearing to the Court that fundamental issues of fact must be resolved in order to allow the United States to prove its assertions that the Defendant Federated Medical Services, Inc. is an alter-ego of the deceased taxpayer, Ralph Rosenberg. Accordingly, it is hereby

ORDERED that said Motion to Dismiss is DENIED WITHOUT PREJUDICE.

DONE AND ORDERED in Chambers at Miami, Florida this 15th day of February, 2007.

_____
BARRY L. GARBER
UNITED STATES MAGISTRATE JUDGE